**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

DEVANTE DAVIS,

                Petitioner

    v.

WARDEN,

           Respondent.

CIVIL ACTION NO. 3:25-CV-02471

(MEHALCHICK, J.)

## ORDER

AND NOW, this 12th day of March, 2026, upon consideration of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the petition (Doc. 1) is DISMISSED with prejudice. The Clerk of Court is directed to CLOSE this case.

**Dated: March 12, 2026**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**